IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PITONYAK MACHINERY CORPORATION**            **PLAINTIFF**

V.            CASE NO. 4:10CV00772 JMM

**BRANDT INDUSTRIES LTD., ET AL.**            **DEFENDANTS**

**ORDER**

The Joint Stipulation for Extension of Time to Respond to Complaint which the Court interprets as a Motion for Extension of Time is granted. Defendants have up to, and including, August 27, 2010, to file a response to the pending complaint.

IT IS SO ORDERED THIS  30   day of  July , 2010.

James M. Moody
United States District Judge