**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


**PITONYAK MACHINERY CORPORATION**                                    **PLAINTIFF**

**V.**                                **NO. 4:10-CV-772 JMM**

**BRANDT INDUSTRIES LTD. AND
BRANDT AGRICULTURAL PRODUCTS LTD.**                        **DEFENDANTS**


## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* [doc. # 12] currently

before this court to permit Carrie A. Shufflebarger to appear in this cause *pro hac vice* as attorney

for Defendants Brandt Industries, Ltd. and Brandt Agricultural Products Ltd., and after

consideration of her affidavit in compliance with Rule XIV of the Rules Governing Admission to

the Bar, the motion is hereby GRANTED.

Carrie A. Shufflebarger shall therefore be permitted to appear *pro hac vice* in the above-

referenced matter as attorney for Defendants Brandt Industries, Ltd. and Brandt Agricultural

Products Ltd.

IT IS SO ORDERED this  11  day of  August , 2010.



Honorable James M. Moody

228027-1